■ PATRICIA H. MANGONE, Respondent, v RONALD S. MANGONE, Appellant. (Appeal No. 2.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with same Memorandum as in Mangone v Mangone ([appeal No. 1] 175 AD2d 655 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Patlow, J.—Equitable Distribution and Support.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ.